1  Ivan B. Schwartz, Esq. (SBN 153264)
   LAW OFFICES OF IVAN SCHWARTZ
2  501 W. Broadway, Suite 1780
   San Diego, CA 92101
3  (619) 687-5052
   ibsesq@aol.com
4
   Attorney for Plaintiff
5  Sharon Jones

FILED
07 OCT 29 AM 11: 44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHARON JONES,                     )   Case No. '07 CV 2044 LAB (JMA)
                                  )
   PLAINTIFF,                     )
                                  )   **COMPLAINT FOR NEGLIGENCE**
   v.                             )
                                  )
UNITED STATES OF AMERICA,         )
                                  )
   DEFENDANT.                     )   **Jury Trial Demanded**
                                  )
_____)

Plaintiff alleges:

1. This action arises under the Federal Tort Claims Act, Sections 2671 through 2680 of Title 28 of the United States Code. This Court is vested with jurisdiction pursuant to Section 1346(b) of Title 28 of the United States Code.

2. Plaintiff resides at 4485 Green Rd., Brawley, Imperial County, California, which is within the Southern District of California.

3. At all times mentioned, Defendant was in possession and control of a bowling alley located on the Naval Air Base in El Centro, CA.

4. At all times mentioned, employees of the United States Navy and/or the General Services Administration had a duty to keep the approach lanes of the bowling alley in a properly-

COMPLAINT FOR NEGLIGENCE
Sharon Jones v. The United States of America

waxed condition for the use of patrons who were bowling. All the acts and omissions were performed by employees of Defendant, while acting within the scope of their employment, and with the permission of Defendant.

5. On and before October 28, 2004, Defendant's employees were negligent in that they failed to use reasonable care in applying wax to the approach lane of lane number five of the bowling alley in possession and control of Defendant, leaving it in an unsafe condition, and failed to use reasonable care in the maintenance and supervision of this floor following the application of the wax, and allowed it to remain in an unsafe condition.

6. On October 28, 2004, at approximately 7:30 p.m., Plaintiff, while lawfully and properly in the bowling alley, and while exercising due care for her own safety, approached lane five to throw the ball when her foot stuck an unpolished area of the wood floor, causing her to lose her balance and tumble forward, striking her knees and and hands. This fall was a direct and proximate result of the wrongful and negligent conduct of Defendant's employees.

7. As a direct and proximate result of the negligence of Defendant's employees, Plaintiff suffered the following injuries: Cervical sprain; lumbosacral sprain; multiple level lumbar disc derangement; severe pain in her back and neck; severe pain and numbness in her legs and arms.

8. As a direct and proximate result of her injuries, Plaintiff has been, and will continue to be, in great physical, mental, and emotional pain and distress, all to her damage in the sum of $100,000.00.

9. As a further direct and proximate result of her injuries, Plaintiff has incurred, and will incur, for an indefinite time in the future, medical expenses and obligations as follows:

    Current Medical Expenses:              $53,231.00
    Estimated Future Medical Expenses:     $75,000.00

10. On September 13, 2006, Plaintiff submitted a claim of $105,000.00 to the Department of the Navy.

11. On May 1, 2007, the claim was rejected by the Department of the Navy.

Wherefore, Plaintiff requests judgment against Defendant as follows:

1. Damages in the amount of $228,231.00;

2. Plaintiff's costs in the action; and

3. Such other and further relief as the Court may deem just and proper.

Dated: 10/24/07

                              **LAW OFFICES OF IVAN SCHWARTZ**

BY: _____
      Ivan B. Schwartz, Esq.
      Ibsesq@aol.com
      Attorney for Plaintiff
      Sharon Jones

≈JS-44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
SHARON JONES

**DEFENDANTS**
THE UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff   Imperial
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

'07 CV 2044 LAB (JMA)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Ivan B. Schwartz, Esq., Law Office of Ivan Schwartz, 501 W. Broadway, Ste. 1780, San Diego, CA 92101, (619) 687-5052

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☒ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

Brief description of cause:
Slip and Fall Injury

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 228,231.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY**
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 10/29/07

SIGNATURE OF ATTORNEY OF RECORD  /s/ Ivan Schwartz

**FOR OFFICE USE ONLY**

RECEIPT # 143762   AMOUNT $350   APPLYING IFP 10/29/07   JUDGE _____   MAG. JUDGE _____

```
       UNITED STATES
       DISTRICT COURT
    SOUTHERN DISTRICT OF CALIFORNIA
          SAN DIEGO DIVISION

      # 143762      - KD

       October 29, 2007
          12:13:55

         Civ Fil Non-Pris
    USAO #.: 07CV2044
    Judge..: LARRY A BURNS
    Amount.:              $350.00 CK
    Check#.: BC 5398


       Total-> $350.00


    FROM: CIVIL FILING
          JONES V. USA
```