Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED 07 OCT 29 PM 2:35
SOUTHERN DISTRICT U.S. DISTRICT COURT
OF CALIFORNIA
BY: _____ DEPUTY

Sharon Jones

vs

United States of America

SUMMONS IN A CIVIL ACTION

Case No. 07-CV-2044LAB(JMA)

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Law Offices of Ivan B. Schwartz
Ivan B. Schwartz, Esq. (CA SBN 153264)
501 W. Broadway, Suite 1780, San Diego, CA 92101

An answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

OCT 29 2007

W. Samuel Hamrick, Jr.
CLERK                                    DATE

By  J. PA____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)