```
 1  KAREN P. HEWITT
    United States Attorney
 2  MELANIE A. ANDREWS
    Special Assistant U.S. Attorney
 3  Office of the U.S. Attorney
    Federal Office Building
 4  880 Front Street, Room 6293
    San Diego, CA 92101-8893
 5  Telephone: (619) 557-7460

 6  Attorneys for Defendant
    United States of America
 7
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| SHARON JONES, | ) Case No. 07cv2044 LAB(JMA) |
|---|---|
| Plaintiff, | ) |
| v. | ) **ANSWER TO COMPLAINT** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

COMES NOW Defendant, the United States of America, by and through its attorneys, Karen P. Hewitt, United States Attorney and Melanie A. Andrews, Special Assistant United States Attorney, and for its Answer to Plaintiff's Complaint sets forth the following:

1. Answering Paragraph 1 of Plaintiff's Complaint, Defendant states that the allegations concerning jurisdiction contained therein are legal conclusions solely within the purview of the court and for its determinations, and no answer is therefore required. To the extent an answer is required, said allegations are denied.

//

//

2.   Answering Paragraph 2 of the Complaint, Defendant is without sufficient information to admit or deny the allegations contained therein and on that basis, denies those allegations.

3.   Answering Paragraph 3 of the Complaint, Defendant admits the substantial truth of the allegations contained therein.

4.   Answering Paragraph 4 of the Complaint, Defendant denies all of the allegations contained therein.

5.   Answering Paragraph 5 of the Complaint, Defendant denies all of the allegations contained therein.

6.   Answering the first sentence of Paragraph 6 of the Complaint, Defendant admits that the Plaintiff was in the bowling alley on the evening of October 28, 2004 and that while attempting to roll a bowling ball down a lane, she fell forward onto her hands and knees. Answering the second sentence of Paragraph 6, Defendant denies all allegations contained therein. Except as specifically admitted, Defendant denies each, all and every remaining allegations in said paragraph.

7.   Answering Paragraph 7 of the Complaint, Defendant denies all of the allegations contained therein.

8.   Answering Paragraph 8 of the Complaint, Defendant denies all of the allegations contained therein.

9.   Answering Paragraph 9 of the Complaint, Defendant denies all of the allegations contained therein.

10.  Answering Paragraph 10 of the Complaint, Defendant admits the substantial truth of the allegations contained therein.

11.  Answering Paragraph 11 of the Complaint, Defendant admits the substantial truth of the allegations contained therein.

//

Defendant denies all other allegations of Plaintiff's Complaint not specifically admitted.

**AFFIRMATIVE AND OTHER DEFENSES**

1. The Court lacks jurisdiction over the subject matter of this action.

2. The Complaint fails to state a claim upon which relief can be granted to the Plaintiff against the Defendant under the Federal Tort Claims Act (FTCA), 28 U.S.C. §§ 1346(b), 2671-80, as averred in the Complaint or otherwise, for the reason that if said Defendant were a private person, it would not be liable to Plaintiff in accordance with the law of the State of California.

3. The risk of slipping and falling is inherent in the sports activity of bowling in which Plaintiff voluntarily engaged and the suit is subject to dismissal on grounds of primary assumption of the risk as a matter of law.

4. Plaintiff cannot recover for any injury or injuries caused in whole or in part by and through her own carelessness, negligence, or assumption of the risk.

5. To the extent the acts or omissions of others were the sole proximate causes of any injury, damage, or loss to the Plaintiff, those acts and omissions have superseded any acts or omissions of Defendant.

6. Plaintiff cannot recover damages from Defendant for any injuries that were not proximately caused by a negligent or wrongful act or omission on the part of Defendant or any employee or agent of Defendant.

7. There was no negligent act or omission on the part of any federal employee.

8.  Defendant asserts, as an affirmative defense, California Civil Code, § 1431.2(a), which provides:

> In any action for personal injury, property damage, or wrongful death, based upon principles of comparative fault, the liability of each defendant for non-economic damages shall be several only and shall not be joint. Each defendant shall be liable only for the amount of non-economic damages allocated to that defendant in direct proportion to that defendant's percentage of fault, and a separate judgment shall be rendered against that defendant for that amount.

9.  To the extent Plaintiff failed to exercise reasonable care in mitigating her damages, her claims must be barred or diminished.

10. Plaintiff's recovery, if any, is limited to the amount of the claim the Plaintiff presented administratively. See 28 U.S.C. § 2675(b).

11. To the extent Plaintiff has alleged speculative future damages, they do not constitute compensable damages.

12. All future damages, if any, must be reduced to present value.

13. Income taxes must be deducted from Plaintiff's alleged past and future lost earnings, if any.

14. In the event Defendant is found liable, which Defendant expressly denies, Defendant is entitled to an offset against damages, if any, for all amounts received by Plaintiff from the United States of America and its agencies, by reason of Plaintiff's alleged injuries.

15. The Federal Tort Claims Act prohibits awarding punitive damages.

16. Plaintiff is not entitled to trial by jury in an action brought under the Federal Tort Claims Act. See 28 U.S.C. § 2402.

1 | WHEREFORE, Defendant prays that Plaintiff take nothing by
2 | reason of her suit herein, that judgment be rendered in favor of
3 | said Defendant, for costs of suit herein incurred, and for such
4 | other and further relief as this Court may deem proper.

DATED: December 19, 2007          KAREN P. HEWITT
                                  United States Attorney


                                  s/Melanie A. Andrews


                                  MELANIE A. ANDREWS
                                  Special Assistant
                                  U.S. Attorney

                                  Attorneys for the Defendant
                                  United States of America
                                  Email: Melanie.Andrews@usdoj.gov