1  KAREN P. HEWITT
   United States Attorney
2  MELANIE A. ANDREWS
   Special Assistant U.S. Attorney
3  Office of the U.S. Attorney
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7460

6  Attorneys for Defendant
   United States of America
7

8                   UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10
   SHARON JONES,                    )    Case No. 07cv2044 LAB(JMA)
11                                   )
            Plaintiff,               )
12                                   )    JOINT DISCOVERY PLAN
            v.                       )
13                                   )
   UNITED STATES OF AMERICA,         )
14                                   )
            Defendant.               )
15  _____ )

16      1.   The parties, by and through their respective counsel,

17  Ivan B. Schwartz, Esq., attorney for Plaintiff, and Melanie A.

18  Andrews, Special Assistant U.S. Attorney, counsel for Defendant,

19  conferred by telephone pursuant to the order of the Honorable Jan

20  Adler.  Counsel discussed the nature of future discovery and it will

21  include the following subjects: claims and defenses as to liability,

22  causation and damages.    Subject to the Court's approval, counsel

23  agree to the following Joint Discovery Plan:

24              a) Initial Disclosures will take place on or before

25              March 6, 2008

26              b) Formal Discovery will begin March 10, 2008

27              c) Deadline for completion of percipient witness

28              discovery July 1, 2008

1 |         d) Expert Designation by both parties beginning August
2 |         15, 2008
3 |         e) Expert Rebuttal by both parties by September 1, 2008
4 |         f) Expert witness reports due October 15, 2008
5 |         g) Expert witness rebuttal reports due November 7, 2008
6 |         h) Deadline for completion of discovery November 21, 2008
7 |         i) Deadline for all motions, excluding Motions in Limine,
8 |             to be heard January 15, 2009
9 |      2.    The parties contemplate conducting discovery that
10 | includes, but is not limited to, depositions, interrogatories,
11 | requests for admission, requests for production of documents and
12 | things and, if relevant and allowed, third party discovery.
13 |      3.    The parties  agreed that the following specific discovery
14 | will be necessary to evaluate this case:
15 |         (a)  Plaintiff's medical records;
16 |         (b)  Defendant's deposition of Plaintiff; and
17 |         (c) Defendant's Independent Medical Examination of
18 | Plaintiff.
19 |      4.    The parties agreed that Plaintiff will execute
20 | authorizations allowing Defendant, United States of America, to obtain
21 | photocopies of Plaintiff's medical records, medical billing, mental
22 | health records, billing records pertaining to mental health care,
23 | alcohol and drug rehabilitation, and employment records.   The
24 | authorizations will not be effective unless accompanied by a subpoena
25 | and Plaintiff's counsel is served- via mail or personal service- with
26 | a copy of the subpoena.
27 |      5.    The parties fully reserve their right to conduct
28 | additional discovery that may be required, including but not

1  limited to interrogatories, further document demands, depositions
2  not specifically identified herein, and expert witness discovery.
3      6.    The parties foresee the potential need for changes in the
4  limitations on discovery imposed under the Federal Rules of Civil
5  Procedure.
6          a) The number of depositions will likely exceed those
7  limited by the F.R.C.P.
8      7.    The parties agree that Defendant's witnesses shall be
9  deposed at a place designated by Defendant and that Plaintiff's
10  witnesses shall be deposed at a place designated by Plaintiff.
11      8.    The parties agree that discovery should be completed by
12  November 21, 2008.
13
14      Dated: 04 March 2008                 KAREN P. HEWITT
                                            United States Attorney
15
16
17                                          MELANIE A. ANDREWS
                                            Special Assistant U.S. Attorney
18                                          Attorneys for Defendant
19
20      Dated: 04 MAR 08
21                                          IVAN B. SCHWARTZ
                                            Counsel for Plaintiff
22
23
24
25
26
27
28

                                    3                      07cv2044