```
KAREN P. HEWITT
United States Attorney
MELANIE A. ANDREWS
Special Assistant U.S. Attorney
Office of the U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7460
Email: melanie.andrews@usdoj.gov

Attorneys for Defendant
United States of America
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON JONES,<br><br>                    Plaintiff,<br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant.<br>_____ | Case No.: 07cv2044 LAB (JMA)<br><br>JOINT REQUEST BY UNITED STATES OF AMERICA AND SHARON JONES TO AMEND CASE MANAGEMENT SCHEDULING ORDER |

      The parties, by and through their respective counsel, hereby jointly request that the Case Management Scheduling Order be amended to reflect the deadlines set forth below:

      First expert designation (Plaintiff & Defendant): August 29, 2008

      Rebuttal expert designation (Plaintiff & Defendant): September 12, 2008

      Initial expert reports (Plaintiff & Defendant): October 3, 2008

      Rebuttal expert reports (Plaintiff & Defendant): October 24, 2008

      Discovery cut-off (percipient and expert): November 21, 2008

      DATED: June 20, 2008          Office of Ivan B. Schwartz

                                                  s/ Peter Lind
                                                  Peter Lind
                                                  Attorney for Sharon Jones
                                                  E-Mail:

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to Mr. Lind and that I have obtained authorization to affix his electronic signature to this document.

DATED: June 20, 2008

KAREN P. HEWITT
United States Attorney

s/Cindy Cipriani
Assistant U. S. Attorney
Deputy Chief, Civil Division
E-Mail cindy.cipriani@usdoj.gov
Counsel for Defendant
United States of America