UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON JONES,<br><br>               Plaintiff,<br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | Case No.: 07cv2044 LAB (JMA)<br><br>ORDER AMENDING CASE MANAGEMENT SCHEDULING ORDER TO EXTEND CERTAIN DISCOVERY DEADLINES |

Good cause appearing, the Court hereby modifies the discovery deadlines in the Case Management Scheduling Order. The new expert and percipient discovery deadlines are as follows:

First expert designation (Plaintiff & Defendant): August 29, 2008

Rebuttal expert designation (Plaintiff & Defendant): September 12, 2008

Initial expert reports (Plaintiff & Defendant): October 3, 2008

Rebuttal expert reports (Plaintiff & Defendant): October 24, 2008

Discovery cut-off (percipient and expert): November 21, 2008

**IT IS SO ORDERED.**

DATED: June 23, 2008

_____
Jan M. Adler
U.S. Magistrate Judge